## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | |
|---|---|
| ALICIA E. MAYA, INDIVIDUALLY, AND BRIANNA MAYA, BY AND THROUGH HER NATURAL PARENT AND GUARDIAN | : No. 532 EAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| v. | :<br>:<br>: |
| JOHNSON AND JOHNSON AND MCNEIL-PPC, INC. | :<br>:<br>:<br>: |
| APPEAL OF: MCNEIL-PPC, INC. | : |

| | |
|---|---|
| ALICIA E. MAYA, INDIVIDUALLY AND BRIANNA MAYA, BY AND THROUGH HER NATURAL PARENT AND GUARDIAN | : No. 533 EAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| v. | :<br>:<br>: |
| JOHNSON & JOHNSON AND MCNEIL-PPC, INC. | :<br>:<br>:<br>: |
| APPEAL OF: MCNEIL-PPC, INC. | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 18th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.